| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | EDDIEBERTO GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:20-cr-00232 DAD |
| | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | | Date: May 17, 2021 |
| EDDIEBERTO GARCIA, | | Time: 2:00 p.m. |
| | | Judge: Hon. Erica P. Grosjean |
| | Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for May 17, 2021 may be may be continued to July 19, 2021, at 2:00 p.m., or the soonest time thereafter convenient to the court.

Eddieberto Garcia is alleged to have violated his term of supervised release by consuming and driving under the influence of alcohol. A DUI charge related to this conduct is pending in Fresno County Superior Court. This continuance is requested to allow time for a possible resolution of the state charge prior to resolution of the supervised release violation. Mr. Garcia has complied with all conditions of release since his initial appearance on the petition for revocation of his supervised release.

///

///

Because this matter is a supervised release violation, the Speedy Trial Act does not apply and no exclusion of time is not necessary.

PHILLIP A. TALBERT
Acting United States Attorney

DATED: May 11, 2021  By  */s/ Justin J Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 11, 2021  By  */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
EDDIEBERTO GARCIA

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the status conference is continued to July 19, 2021, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **May 11, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE