1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, CA Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   EDDIEBERTO GARCIA

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 1:20-cr-00232 DAD

12                 Plaintiff,               **STIPULATION TO CONTINUE STATUS
                                            CONFERENCE; ORDER THEREON**
13   vs.
                                            Date:  November 4, 2021
14   EDDIEBERTO GARCIA,                     Time:  2:00 p.m.
                                            Judge: Hon. Erica P. Grosjean
15                 Defendant.

16

17

18          **IT IS HEREBY STIPULATED** by and between the parties through their respective

19   counsel that the status conference scheduled for September 7, 2021 may be continued to

20   November 4, 2021, at 2:00 p.m., or the soonest time thereafter convenient to the court.

21          Eddieberto Garcia is alleged to have violated his term of supervised release by

22   consuming and driving under the influence of alcohol.  A DUI charge related to this conduct is

23   pending in Fresno County Superior Court. This continuance is requested to allow time for a

24   possible resolution of the state charge prior to resolution of the supervised release violation.  Mr.

25   Garcia has complied with all conditions of release since his initial appearance on the petition for

26   revocation of his supervised release.

27   ///

28   ///

1    Because this matter is a supervised release violation, the Speedy Trial Act does not apply

2  and no exclusion of time is necessary.

3

4                                                PHILLIP A. TALBERT
                                               Acting United States Attorney
5

6  DATED:  September 1, 2021              By    */s/ Justin J Gilio*
                                               JUSTIN J. GILIO
7                                              Assistant United States Attorney
                                               Attorneys for Plaintiff
8

9                                              HEATHER E. WILLIAMS
                                               Federal Defender
10

11 DATED:  September 1, 2021              By    */s/ Eric V. Kersten*
                                               ERIC V. KERSTEN
12                                             Assistant Federal Defender
                                               Attorneys for Defendant
13                                             EDDIEBERTO GARCIA

14

15

16                            **ORDER**

17        **IT IS SO ORDERED**. For the reasons set forth above the status conference is continued

18  to November 4, 2021, at 2:00 p.m before the duty magistrate judge.
    IT IS SO ORDERED.
19

20     Dated:  **September 2, 2021**         /s/  Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28
   Garcia: Stipulation to                    -2-
   Continue Status Conference