| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorneys for Defendant
EDDIEBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00232 DAD |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date:  January 13, 2022 |
| EDDIEBERTO GARCIA, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Erica P. Grosjean |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for November 4, 2021, may be continued to January 13, 2022, at 2:00 p.m., or the soonest time thereafter convenient to the court.

Eddieberto Garcia is alleged to have violated his term of supervised release by consuming and driving under the influence of alcohol.  A DUI charge related to this conduct is pending in Fresno County Superior Court. This continuance is requested to allow time for a possible resolution of the state charge prior to resolution of the supervised release violation.  Mr. Garcia has complied with all conditions of release since his initial appearance on the petition for revocation of his supervised release.

///

///

Because this matter is a supervised release violation, the Speedy Trial Act does not apply and no exclusion of time is necessary.

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

DATED:  November 1, 2021                By     */s/ Justin J. Gilio*
                                                      JUSTIN J. GILIO
                                                      Assistant United States Attorney
                                                      Attorneys for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: November 1, 2021                By     */s/ Eric V. Kersten*
                                                      ERIC V. KERSTEN
                                                      Assistant Federal Defender
                                                      Attorneys for Defendant
                                                      EDDIEBERTO GARCIA

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above the status conference is continued to January 13, 2022, at 2:00 p.m., before Magistrate Judge Erica P. Grosjean.

Dated:  **November 1, 2021**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE