| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorneys for Defendant<br>EDDIEBERTO GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>EDDIEBERTO GARCIA<br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No.  1:20-cr-00232-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   March 9, 2022<br>TIME:   1:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing currently scheduled for January 13, 2022, may be continued to March 9, 2022, at 2:00 p.m. for further status conference before the Honorable Sheila K. Oberto.

The allegations in the supervised release petition pertain to a new law violation which has been filed in Fresno Superior Court.  Mr. Garcia has been released on his own recognizance on the state case and has a status conference scheduled at the end of January.  Defense would like to see the resolution of the state case before proceeding on the violation.  Additionally, the requested continuance would allow time for Mr. Garcia's primary counsel, Eric Kersten, to return to the office.  USPO Adrian Garcia confirmed that Mr. Garcia remains in full compliance with his release terms.

Because this is a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP TALBERT
United States Attorney

DATED: January 12, 2022       By:   /s/ *Justin J. Gilio*
                                    JUSTIN J. GILIO
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 12, 2022       By:   /s/ *Charles J. Lee*
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    EDDIEBERTO GARCIA

**O R D E R**

IT IS SO ORDERED that the hearing status conference in the above-entitled case shall be continued to March 9, 2022, at 2:00 p.m., before the Honorable Sheila K. Oberto, for further status conference.

DATED: January 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sheila K. Oberto*
                                              HON. SHEILA K. OBERTO
                                              United States Magistrate Court Judge