| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | EDDIEBERTO GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:20-cr-00232 DAD |
| Plaintiff, | | **STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON** |
| vs. | | |
| EDDIEBERTO GARCIA, | | Date:  May 11, 2022 |
| Defendant. | | Time:  2:00 p.m. |
| | | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for April 13, 2022 may be continued to May 11, 2022, at 2:00 p.m., or the soonest time thereafter convenient to the court.

Eddieberto Garcia is alleged to have violated his term of supervised release by consuming and driving under the influence of alcohol.  A DUI charge related to this conduct is pending in Fresno County Superior Court. It appears a tentative resolution has been reached in the state matter and this continuance is requested to allow time to finalize that resolution prior to resolution of the supervised release violation.  Mr. Garcia has complied with all conditions of release since his initial appearance on the petition for revocation of his supervised release.

///

///

Because this matter is a supervised release violation, the Speedy Trial Act does not apply and no exclusion of time is necessary.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: April 11, 2022 | By  */s/ Justin J. Gilio*<br>JUSTIN J. GILIO<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 11, 2022 | By  */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>EDDIEBERTO GARCIA |

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above the status conference is continued to May 11, 2022, at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **April 11, 2022**        /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

Garcia: Stipulation to
Continue Status Conference

-2-